FILED
CLERK
9/3/2020 4:00 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALB
F. #2016R02097

*610 Federal Plaza*
*Central Islip, New York 11722*

September 1, 2020

BY ECF

The Honorable Sandra J. Feuerstein
United States District Court
Eastern District of New York
1014 Federal Plaza
Central Islip, New York 11722

> Application is granted. Sentencing is adjourned to 2/11/2021 at 10:00am.
> s/SJF
> 9/3/2020

    Re: United States v. BRADLEY COOKE
       Criminal Docket No. 17-254 (SJF)

Dear Judge Feuerstein:

    The government writes to request that the sentencing proceeding in this case scheduled for September 23, 2020 be rescheduled for a date convenient to the Court on or after January 14, 2021. This adjournment is necessary as the lead defendant in <u>United States v. Tyrone Robinson</u>, 16CR545(SJF) is scheduled to be sentenced on January 12, 2021.

              Respectfully submitted,

              SETH D. DuCHARME
              Acting United States Attorney

         By:   /s
            Allen Bode
            Assistant U.S. Attorney
            (718)254-7996

cc: Glenn Obedin, Esq. (via electronic mail)